<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 00-1023**

―――――――――――

JOYCE DAVIS,

Plaintiff - Appellant,

versus

VIRGINIA COMMONWEALTH UNIVERSITY/MEDICAL COL-
LEGE OF VIRGINIA; MICHAEL OLIVER, individually
and in his official capacity as Nurse Manager,
Virginia Commonwealth University,

Defendants - Appellees,

and

AMY NECHAMKIN, individually and in her offi-
cial capacity as Office Manager, Psychiatry
Department, Virginia Commonwealth University,

Defendant.

―――――――――――

**No. 00-1062**

―――――――――――

JOYCE DAVIS,

Plaintiff - Appellee,

versus

VIRGINIA COMMONWEALTH UNIVERSITY/MEDICAL COL-
LEGE OF VIRGINIA,

                                        Defendant - Appellant,

          and


AMY NECHAMKIN, individually and in her offi-
cial capacity as Office Manager, Psychiatry
Department, Virginia Commonwealth University;
MICHAEL OLIVER, individually and in his offi-
cial capacity as Nurse Manager, Virginia Com-
monwealth University,

                                        Defendants.

                    _____

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-96-496)

                    _____

Submitted:  January 31, 2001          Decided:  February 9, 2001

                    _____

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

                    _____

No. 00-1023 affirmed and No. 00-1062 dismissed by unpublished per
curiam opinion.

                    _____

Beverly D. Crawford, Richmond, Virginia, for Appellant.  Mark L.
Earley, Attorney General of Virginia, Judith W. Jagdmann, Deputy
Attorney General, Guy W. Horsley, Jr., Senior Assistant Attorney
General and Chief, Sydney E. Rab, Assistant Attorney General,
Pamela F. Boston, Special Assistant Attorney General, Richmond,
Virginia, for Appellees.

                    _____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In No. 00-1023, Joyce Davis appeals the district court's order granting summary judgment for Defendants in her suit under the Americans with Disabilities Act. In No. 00-1062, Defendants cross appeal the denial of Eleventh Amendment immunity. We previously granted Davis's motion to submit the case without oral argument. Regarding the merits of Davis's suit, we have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm Davis's appeal on the reasoning of the district court. <u>Davis v. Virginia Commonwealth Univ.</u>, No. CA-96-496 (E.D. Va. Dec. 14, 1999). Because this ruling disposes of the case, we decline to address the Eleventh Amendment issue and, therefore, dismiss Defendants' appeal.

No. 00-1023 - <u>AFFIRMED</u>

No. 00-1062 - <u>DISMISSED</u>

3